AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No.  1:24-mj-058 |
| JUSTIN TODD KRUM | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 14, 2024__ in the county of __Harrison__ in the __Southern__ District of __Iowa__, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

*Complainant's signature*

Timothy DuBois, Special Agent, FBI
*Printed name and title*

Date: May 15, 2024

*Judge's signature*

City and state:  Council Bluffs, IA via videoconference

Helen C. Adams, U.S. Magistrate Judge
*Printed name and title*



FILED
By Clerk's Office, Southern District of Iowa
4:45 pm, May 15, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 1:24-mj-058 |
| v. | ) |
| | ) |
| JUSTIN TODD KRUM, | ) **FILED UNDER SEAL** |
| | ) |
| Defendant. | ) |
| | ) |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Timothy DuBois, having been first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I have been employed as a Special Agent ("SA") of the Federal Bureau of Investigation since 2021, and I am currently assigned to a violent crime against children squad in the Omaha Field Office. While employed by the FBI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have gained experience through training at the FBI Academy in Quantico, Virginia and everyday work relating to conducting child exploitation investigations. I have received training in the area of child pornography and child exploitation and have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also acquired knowledge and information about the means and methods of child pornography and child exploitation investigations, to include numerous

1



formal training seminars, as well as informal training from other law enforcement officers and investigators, informants, persons whom I have arrested and/or interviewed, and my participation in multiple investigations related to child pornography and child exploitation investigations. The aforementioned investigations ultimately led to the arrests and convictions of those persons who violated federal law.

## PURPOSE OF THIS AFFIDAVIT

2. This affidavit is being submitted in support of a criminal complaint and arrest warrant for Justin Todd Krum, date of birth XX/XX/1995. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. The statements contained in this affidavit are based in part on the investigation that I have conducted and information provided to me by other law enforcement officers verbally, and through written reports

## OVERVIEW OF INVESTIGATION

3. On August 11, 2023, FBI New Orleans sent a lead to FBI Omaha regarding an ongoing FBI New Orleans investigation. The lead stated that FBI New Orleans had identified GRANT DURTSCHI, Date of Birth (DOB) XX/XX/1973 as having sent Child Sexual Abuse Material (CSAM) to JUSTIN KRUM, DOB XX/XX/1995.

4. The lead stated DURTSCHI had taken photographs of MINOR VICTIM A, DOB XX/XX/2008, on multiple occasions in the presence of her mother. The

photographs were clothed but sexual in nature to include one photograph in which MINOR VICTIM A is on all fours with her face down and her butt raised in the air. MINOR VICTIM A's genitalia was exposed in this image due to the limited coverage of the G-string bikini. These images were knowns as "VICTIM A Blue SwimSuit" set. DURTSCHI sold this set to individuals online. Additionally, through the course of the investigation into DURTSCHI, multiple victims have been identified. DURTSCHI was arrested and signed a proffer agreement to provide additional information.

5. Also, within the same lead FBI New Orleans stated that they had located items related to KRUM while reviewing DURTSCHI's devices. FBI New Orleans provided these items as attachments to FBI Omaha. These items were:

    a. An image of KRUM's driver's license with a listed address of 2237 280th Street, Missouri Valley, IA 51555.

    b. A document entitled "KRUM Exclusive Private Use License With Grant DURTSCHI".

    c. A document entitled "KRUM Exclusive Content". MINOR VICTIM A's first name is mentioned within the content of that document.

6. Finally, the lead stated that through financial analysis FBI New Orleans identified approximately $14,000 sent from KRUM to DURTSCHI across multiple platforms.

7. On September 11, 2023, your affiant reviewed the FBI New Orleans case file, and the following information was noted.

8. On August 2, 2021, FBI National Threat Intake Center (NTOC) received

a complaint that DURTSCHI, had taken sexually explicit pictures of the complainant's minor stepdaughter (Hereinafter MINOR VICTIM A).

9. On August 12, 2021, FBI New Orleans opened an investigation into this matter. During the course of their investigation, it was determined that DURTSCHI had taken sexually explicit images of MINOR VICTIM A. Additionally, DURTSCHI had made sets of these photographs which were sold online.

10. On April 20, 2022, DURTSCHI was indicted in the United States District Court for the Middle District of Louisiana on one count of production and attempted production of child pornography (18 U.S.C §§2251(a) and (e)) and one count of distribution of child pornography (18 U.S.C §§2252A(a)(2) and (b)(1)).

11. On October 20, 2022, DURTSCHI signed a proffer agreement and provided the following information regarding KRUM:

    a. Justin Krum was more of a friend to DURTSCHI. Krum was sexually abused as a child. Krum bought a lot of everything from DURTSCHI. Krum had a credit line with DURTSCHI. Krum paid every Friday. DURTSCHI communicated with Krum over Telegram or Instagram. Krum was one of the people who received the blue set of MINOR VICTIM A. *(Note: "The blue set is a series of approximately 80 images of MINOR VICTIM A in various poses further described in the following paragraph)* DURTSCHI sent it over either Telegram or through a Mega link.

b. DURTSCH charged either $100 or $125 for the blue set. DURTSCHI never sent any electronics through the mail but sold bikinis through the mail.

12. On January 19, 2023, DURTSCHI signed a plea agreement in which the United States and DURTSCHI stipulated to the following facts:

a. On or about July 20, 2020, and continuing through at least August 1, 2020, in the Middle District of Louisiana and elsewhere, DURTSCHI, attempted to and did employ, use, persuade and induce MINOR VICTIM A, a minor who had not attained the age of 18, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was actually transported in interstate commerce.

b. The Blue Suit Series. This series depicted MINOR VICTIM A in various poses in a blue, G-string bikini on a bed. There were 80 images. Many of the images included MINOR VICTIM A on all fours crawling on the bed. Approximately three of the images were of MINOR VICTIM A positioned with her head on a pillow and her buttocks raised in the air. In one of the images the focal point was on MINOR VICTIM A's genitals while she was posed in a sexual position on the bed. MINOR VICTIM A's genitals were barely covered by the G-string bikini.

c. The White Leotard Series. This series depicted MINOR VICTIM A in the same bedroom, on the same bed, but this time, MINOR VICTIM A

is wearing a white one-piece leotard, with white stockings and red high heels. The pictures were taken as a series of sexual poses on the bed. Many of the images included MINOR VICTIM A with her legs spread apart while lying on the bed. Approximately 17 of the images included MINOR VICTIM A on all fours crawling on the bed. Approximately 10 of the images were of MINOR VICTIM A positioned with her head down on the bed and her buttocks raised in the air. The sides of her leotard were rolled back exposing her buttocks. The images showed a close-up of the MINOR VICTIM A's genitals posed in a sexual position on the bed. MINOR VICTIM A's genitals were barely covered because the sides of the leotard were rolled back to expose the genitals.

13. Additionally, during the course of this investigation, multiple subpoenas were issued to financial service providers for DURTSCHI. A financial analysis of those subpoena returns showed that KRUM had sent $13,907 to DURTSCHI through multiple financial service providers. Those providers include, Citibank ($2,715), Greendot ($5,990), Paypal ($257), Square ($450), Stripe ($230), and Wells Fargo ($4,265).

14. Information provided in response to a grand jury subpoena to Stripe dated February 8, 2022, identified the Gmail account, spraycan17@gmail.com as being associated with KRUM. Specifically, the following information was located within the Stripe subpoena return which associates Justin KRUM with the Gmail account spraycan17@gmail.com:

  a. Name Provided – Justin Krum

  b. Address_line_1 - 2237 280th Street

  c. City – Missouri Valley

  d. Postal code – 51555

  e. State – IA

  f. Country – US

  g. Description – Charge for spraycan17@gmail.com

Two transactions were located in this subpoena return. The first transaction occurred on April 7, 2021, and was for $130, and the second transaction occurred on April 8, 2021, and was for $100. DURTSCHI had stated in a proffer that the "VICTIM A Blue SwimSuit" set was sold for either $100 or $125.

  15. Information provided in response to a grand jury subpoena to Paypal dated October 25, 2021, identified abbykrum512@gmail.com as being associated with KRUM. Specifically, the following information was located within the Paypal subpoena return which associates Justin KRUM with abbykrum512@gmail.com:

  a. Name: Justin Krum

  b. From Email Address: abbykrum512@gmail.com

  c. Shipping Address: Justin Krum, 2237 280th St, Missouri Valley, IA 51555

One transaction was located in this subpoena return on April 29, 2021, for $257.00.

  16. On October 18, 2023, a search warrant was signed in the Southern District of Iowa by the Honorable Stephanie M. Rose, Chief U.S. District Court Judge,

for the Gmail accounts abbykrum512@gmail.com and spraycan17@gmail.com. The search warrant was served to Google on October 19, 2023.

17. On October 23, 2023, Google responded to the warrant and provided information associated with the Gmail accounts spraycan17@gmail.com and abbykrum512@gmail.com. This information was downloaded and saved in evidence at FBI Omaha. Your affiant reviewed the contents of the above stated warrant and noted the following information.

18. Identifiers within this search warrant return further associated the account Spraycan17@gmail.com with KRUM. Specifically, your affiant located the email address jukrum@icloud.com as an alternate email within subscriber information. A birthday of XX/XX/1995 was also provided in subscriber information which is KRUM's birthday.

19. Your affiant located three folders stored on the Google Drive account for Spraycan17@gmail.com. Google Drive is an internet-based cloud storage service which allows the user to store files online and access them anywhere using the cloud. The title of these three folders all incorporated the words "Sweet +16". Within these three folders were images of a young post-pubescent girl in a bikini posing in various positions. In some images this girl is wearing a sash that says, "birthday girl" and in other images, mylar balloons of the number "16" are visible in the background. Outside of the three folders mentioned above, six additional images of a young post-pubescent girl posing in an orange bikini were located in this Google Drive account.

20. On November 1, 2023, your affiant communicated with the case agent currently managing the FBI New Orleans investigation into DURTSCHI regarding these images and the following was discovered. The "Sweet +16" images had not been seen before by FBI New Orleans, while the images of the girl posing in the orange bikini were previously identified as a minor by FBI New Orleans during the course of their investigation.

21. Computer activity associated with the account Spraycan17@gmail.com also showed that KRUM has an interest in the FBI New Orleans investigation into DURTSCHI. A few examples of this computer activity are given below:

    a. Searches related to DURTSCHI, such as *"Grant Durtschi Child Porn"*, and *"Grant Durtschi arrested"*.

    b. Activity on Pacermonitor.com related to the federal court case USA v Durtschi. (3:22-cr-00029)

    c. A Google search for, *"cp seller busted do they go after buyers"*

    d. A Google search for, *"how do you know if the fbi is investigating you"*.

22. Computer activity also showed that multiple searches associated with the Google account spraycan17@gmail.com were located which were related to at least five of the MINOR VICTIMS identified in the FBI New Orleans investigation such as *"Download MINOR VICTIM A Lepoard Thong rar"* and *"Download MINOR VICTIM A Black Polka Dot Bikini rar"*. Computer activity was also located related to the following, *"little girl telegram"*, *"preteen modeling telegram"*, *"cowgirl skirts kid"*,

*"kid thongs", "is it illegal to buy child swimsuit modeling pics", "little girl size 6 thong swimwear",* and *"is it illegal to use children's photos to fantasize".*

23. Additional accounts have been identified by Google within this search warrant return as being associated with KRUM. The accounts jukrum@icloud.com and jukrum23@gmail.com were identified by Google as being linked by a common phone. The accounts jucock23@gmail.com and kbransonaugust@gmail.com were identified by Google to be linked by cookies. Based on your affiant's training and experience individuals with a sexual interest in children may create multiple accounts which may be used to seek out, access, and store CSAM.

24. On November 21, 2023, a search warrant was signed in the Southern District of Iowa by the Honorable William Kelly, U.S. Magistrate Judge, for the account jukrum@icloud.com. This warrant was served on Apple Inc. and information provided by Apple Inc. was subsequently reviewed by your Affiant and located was a file entitled "MomArrest" in "Notes". This article was published on December 6, 2022, and discusses the Federal Child Exploitation investigation into Grant Durtschi and Stacey Lee Jurik. Additionally, an email from the account "welcome@mega.nz" for the creation of a MEGA account using the email jukrum@icloud.com was located. Durtschi had previously stated in a proffer agreement signed on October 20, 2022, that he sent the "Blue Set" of MINOR VICTIM A to Krum either over Telegram or through a MEGA Link. A verified phone number was also noted to be associated with the account jukrum@icloud.com which is 402-630-7170.

25. On November 28, 2023, a search warrant was signed in the Southern District of Iowa by the Honorable Helen C. Adams, Chief U.S. Magistrate Judge, for the accounts jukrum23@gmail.com, Jucock23@gmail.com, and kbransonaugust@gmail.com. This warrant was served on Google and information provided by Google was subsequently reviewed by your Affiant.

26. Your Affiant located two PDF Documents entitled *"Krum Exclusive Content-at-2021-10-19T02_32_43Z-pinned"* and *"Krum Exclusive Content.pdf"*. These files contain the same information as the file located on Durtschi's devices entitled *"KRUM Exclusive Content"* previously discussed in this affidavit. A screenshot of the document entitled *"Krum Exclusive Content.pdf"* is provided below:

11

**EXCLUSIVE CONTENT LIST WITH GRANT DURTSCHI**

This page can be updated with any new Media received from Provider. A signature affirms that the buyer is attaching the media listed to their notarized agreement.

**Buyer agrees to have received the following content to date.**

**Presley** – Beijo (6595, 6596, 6603, 6605, 6613, 6630, 6637, 6645, 6647, 6668, 6687, 6688, 6698, 6722, 5726, 6821, 6822, 6837, 6853), Black boutine (7138, 7159, 7169, 7190, 7199, 7224, 7232, 7254, 7269, 7294, 7295, 7311, 7352, 7364), Blue (6496, 6502, 6515, 6525, 6547, 6550, 6553, 6570, 6590, 6596, 6599, 6604, 6632, 6641), Peach (0019, 0036, 0038, 0062, 0072, 0076, 0092, 0104, 0107, 0115, 0121, 9978, 9984, 9989, 9995), Pink (6864, 6871, 6884, 6896, 6923, 6940, 6952, 6967, 6989, 6999, 7022, 7054, 7076, 7091), Green Frontal, Black Slim 5812, Rainbow (5400, 5455, 5481, 5497, 5503, 5507, 5513, 5529, 5549, 5554, 5574, 5578, 5579, 5594, 5602, 5605, 5609, 8537, 8543, 8545, 8549, 8551, 8553, 8557, 8560)

**Ryleigh** - White Weasel (1-13), Black with Red mesh (4776, 4792, 4804, 4809, 4821, 4838, 4843, 4850, 4860, 4884, 4888), String (4380, 4386, 4403, 4408, 4411, 4420, 4429, 4432, 4440, 4463, 4467, 4481, 4486, 4490, 4493, 4514, 4517, 4522, 4525, 4527, 4538, 4569, 4576, 4584),

**Paizlee** – Mom String, Purple 1-25

_____     _____
**Buyer's Signature**                                    Date

PAGE 1 OF 1

27. Multiple internet searches were also noted to include, *"is sponsoring a teen child porn?", "Instagram young teens selling content for money illegal", "child g strings", "young rape stories", "young anal rape stories", "Patreon tracks for child predators, and "child rape sex stories".*

28. Also noted were multiple images of clothed teenage girls which appear to have been saved from social media.

29. On March 6, 2024, FBI New Orleans discovered 24 files under a folder labeled "J Krum", subfolder "Caution". These images were from the "VICTIM A Blue SwimSuit" set and contained an image titled 1K7A4525.jpg which is a zoomed in image of VICTIM A's buttocks with the strap of the swimsuit moved to the side exposing her genitals. These files were sent to FBI Omaha where they have been preserved in evidence.

30. The residence located at 2237 280th Street, Missouri Valley, IA 51555 is owned by Anthony Todd Krum, the father of KRUM.

31. On March 13, 2024, surveillance was conducted at 2237 280th Street, Missouri Valley, IA 51555. A black 2020 Ram 3500 Longhorn truck with Iowa license plate LVU412 registered to KRUM was observed parked in the driveway. Open-source law enforcement database checks also associate KRUM with the residence at 2237 280th Street, Missouri Valley, IA 51555.

32. On April 18, 2024, a search warrant was signed by the Honorable William Kelly, United States Magistrate Judge for the Southern District of Iowa,

which allowed for the collection of cellular data related to phone number 402-630-7170 which is associated with Krum.

33. On April 24, 2024, at approximately 11:50 a.m. your Affiant conducted a spot check at 2237 280th Street, Missouri Valley, IA 51555, and noted a black 2020 Ram 3500 Longhorn truck parked in the driveway. During this same timeframe, cellular data collected approximately around the same time of the spot check indicates that the phone associated with phone number 402-630-7170 is communicating with a Verizon cellular tower which provides coverage to the residence at 2237 280th Street, Missouri Valley, IA 51555.

34. On May 8, 2024, a search warrant for the residence located at 2237 280th Street, Missouri Valley, IA 51555, the person of Justin Krum, and a black 2020 Ram 3500 Longhorn truck registered to Krum was signed by the Honorable United States Magistrate Judge Helen C. Adams.

35. Your Affiant observed Krum drive up to the residence and park in the driveway. Two cellular phones were located in Krum's black 2020 Ram 3500 Longhorn truck.

36. Your Affiant previewed the Apple iPhone 14+ with IMEI 356485670178840 on scene and located the same picture previously described above as 1K7A4525.jpg and additional images from the above mentioned "Blue Set". Your Affiant also located a folder entitled "Dildo". This folder contained multiple sexually explicit images of a young girl. Krum confirmed that this was a girl who he did not know the exact age, but she was under sixteen years old. Another folder was located

14

on the Krum's phone entitled "Lera". Within that folder were multiple images of a child under the age of eighteen in sexually explicit poses.

37. Based upon the above facts and circumstances, I believe sufficient probable cause exists to authorize a criminal complaint and arrest warrant for Justin Krum, regarding the violation of Title 18, USC § 2252(a)(4)(B), Possession of Child Pornography.

_____
Timothy DuBois, Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me by telephone or other reliable means this \_\_15th\_\_ day of May, 2024.

_____
Helen C. Adams
United States Magistrate Judge