AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>JUSTIN TODD KRUM<br><br>*Defendant* | )<br>)  Case No.  1:24-mj-058<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  JUSTIN TODD KRUM                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography

Date: 5/16/2024

*Issuing officer's signature*: Helen C. Adams

City and state: Council Bluffs, IA via videoconference

Helen C. Adams, U.S. Magistrate Judge
*Printed name and title*

FILED
By: Clerk's Office, Southern District of Iowa
1:06 pm, May 16 2024

### Return

This warrant was received on *(date)* 5/16/24, and the person was arrested on *(date)* 6/14/24
at *(city and state)* Missouri Valley, IA.

Date: 5/16/24

*Arresting officer's signature*

SA Timothy DuBois
*Printed name and title*