# United States District Court for the Southern District of Iowa

Presiding: Honorable Helen C. Adams, U.S. Magistrate Judge
Criminal No. 1:24-mj-00058-HCA-1 : Clerk's Court Minutes – Initial Appearance

___

United States of America vs. Justin Todd Krum
___

Gov. Atty(s): Shelly M. Sudmann : ☐ Indictment ☐ Superseding Indictment ☐ Information
Def. Atty(s): Michael F. Maloney : ☑ Complaint ☐ Warrant ☐ Summons
Def. Appears: ☑ In Person ☐ Video Conference : Code Violation/Offense:
☐ All Parties Consent to Video Proceeding : 18:2252(a)(4)(B). Possession of Child Pornography
Court Reporter: FTR Gold :
Interpreter: N/A :
☐ Interpreter Sworn

Date: 5/17/2024
Initial Appearance Start Time: 10:27 am   Arraignment Start Time:    End Time: 10:32 am

## Initial Appearance

☑ Advised of Rights : ☑ Appointed/Previously Appointed FPD
☐ Advised of Consular Notification Rights : ☐ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☐ Yes ☐ No : ☐ Retained Counsel
☑ Rule 5 Admonition Given :

## Arraignment

Trial Scheduled for: : ☐ Advised of Charges/Maximum Penalties
Rule 16 Material due: : ☐ Indicted in True Name
Reciprocal Discovery due: :    True Name:
Pretrial Motions due: : ☐ Reading of Indictment Waived
Plea Notification Deadline: :    Plea of Not Guilty Accepted as to Ct(s):
Plea Entry Deadline: : ☐ Denied Forfeiture
Status/Scheduling Conference (Counsel Only): : ☐ Defendant advised that failure to enter a plea by deadline may negatively impact consideration and finding regarding reduction in offense level based upon Acceptance of Responsibility pursuant to USSG.

## Custody Status

☑ Government Moved for Detention :
☑ Defendant Waived Preliminary Examination : Detention Hearing Set: 5/22/2024 at 2:30 pm via VTC
☐ Defendant Waived Detention Hearing : Before: The Honorable William P. Kelly
Court Ordered Defendant: : Courthouse: Council Bluffs    Room: 100
☐ Released on Bond : Revocation Hearing Set:
☐ Detained : Before:
: Courthouse:    Room:

/s/V. Rule
Deputy Clerk