AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:24-mj-00058-HCA-1 |
| Justin Todd Krum | ) | |
| *Defendant* | ) | |

**ORDER SCHEDULING A DETENTION HEARING**

**and/or Preliminary Hearing**

A detention hearing in this case is scheduled as follows:

| Place: | United States Courthouse<br>2146 27th Avenue, Council Bluffs, IA  51501 | Courtroom No.: | 100 via VTC |
|---|---|---|---|
| | | Date and Time: | 5/22/2024 2:30pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: May 17, 2024

*Helen C. Adams*

*Judge's signature*

Helen C. Adams, U.S. Magistrate Judge

*Printed name and title*