AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| United States of America | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 1:24-mj-00058 |
| Justin Todd Krum | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Justin Todd Krum.

Date: 05/17/2024

/s/ Michael F. Maloney
*Attorney's signature*

Michael F. Maloney
*Printed name and bar number*

701 Pierce Street, Suite 400
Sioux City, IA 51101
*Address*

Mike_Maloney@fd.org
*E-mail address*

(712) 252-4158
*Telephone number*

(712) 252-4194
*FAX number*