UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| United States of America<br>      Plaintiff,<br><br>v.<br><br>_____,<br>      Defendant. | Case No. _____<br><br>**MOTION FOR ADMISSION**<br>*PRO HAC VICE*<br>**(Criminal Case)** |

Pursuant to Southern District of Iowa Local Rule 83(d)(2), I respectfully move to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant, _____, in the above-captioned case. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing in the United States District Court and/or a state's highest court in: _____, Bar Id: _____.

2. I have never been disbarred, suspended, or received any discipline in any state or federal courts and no complaints or disciplinary matters are pending against me.

3. I agree to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice law in the state courts of Iowa and comply with the Local Rules.

WHEREFORE, the undersigned counsel respectfully requests this Court enter an order granting permission to appear *pro hac vice* in this case.

Respectfully submitted,

Date:_____

/s/_____
(Signature)

_____
(Printed Name)

_____
(Law Firm)

_____
(Street address)

_____
(City, State, Zip Code)

_____
(Telephone number)

_____
(E-mail address)