# United States District Court for the Southern District of Iowa

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge  :  Court appearing by video conference
Case No. 1:24-mj-00058-HCA-1  :  Clerk's Court Minutes – Detention Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| United States of America | Justin Todd Krum |

Plaintiff(s) Counsel: Shelly M. Sudmann
Defendant(s) Counsel: Michael F. Maloney
Defendant's Appearance: ☑ In Person ☐ Video Conference
Court Reporter: Karla Ray

All parties consent to video proceedings
☐ Yes ☐ No
Interpreter: NA
☐ Interpreter Sworn

Motion(s) for Ruling:     Ruling    /    Ruling Reserved

Oral Motion for Detention [9]     Denied

☐ Court found that probable cause exists that the defendant committed the offense(s) charged
☐ Court did not find that probable cause exists that the defendant committed the offense(s) charged
☐ Government agrees to release on bond
☐ Court advises Defendant/Government of right to appeal

Court issues ruling and orders Defendant:
☐ Detained pending further proceedings
☑ Released on conditions
☐ Court takes matter under advisement; Defendant to remain detained pending ruling on this matter

Additional Information

Court and counsel are in the courtrooms. Defendant is present with attorney named above. Government proffers the information Agent Dubois would testify to if he were to testify. Defense counsel has questions for the agent. Witness sworn and testifies. Proffer by defense. Argument by government. Argument by defense.

Time Start: 2:30 pm
Time End: 2:49 pm
Date: 5/22/2024

/s/ V. Rule
Deputy Clerk