UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>JUSTIN TODD KRUM,<br><br>       Defendant. | Case No. 1:24-mj-058-HCA<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

    Michael F. Maloney of the Federal Defender's Office respectfully requests the Court's permission to withdraw as attorney for Defendant, as the defendant has retained private counsel. Attorney Ryan M. Hoffman has been granted leave to appear Pro Hac Vice in this matter.

Respectfully submitted,

   /s/ *Michael F. Maloney*
MICHAEL F. MALONEY
FEDERAL PUBLIC DEFENDER'S OFFICE
701 Pierce Street, Suite 400
Sioux City, Iowa 51101
Phone: 712-252-4158
Email: Mike_Maloney@fd.org

CERTIFICATE OF SERVICE
I hereby certify that on May 23, 2024, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
        /s/ Geralynn Fjeldheim